## WINSTON-SALEM WRECKER ASS'N v. BARKER

No. 185P00

Case below: 137 N.C.App. 178

Notice of appeal by plaintiffs pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 24 August 2000. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

## PETITION TO REHEAR

## GRAY v. N. C. INS. UNDERWRITING ASS'N

No. 84PA99

Case below: 352 N.C. 61

Petition by defendant to rehear pursuant to Rule 31 denied 3 August 2000. Petition by plaintiff to rehear pursuant to Rule 31 denied 3 August 2000.